UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JACINTO BARRERA | COURT DATE: |
| PLAINTIFF(S) | Case No.<br>08 C 171 |
| vs. | |
| LAREDO FOODS, INC., ET AL. | AFFIDAVIT OF SERVICE:<br>SUMMONS & COMPLAINT |
| DEFENDANT(S) | |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Feb 23, 2008**, at **2:24 PM**, I served the above described documents upon **MARY B. JIMINEZ** as shown below:

**PERSONAL SERVICE** was made by leaving a true and correct copy to the within named individual, **MARY B JIMINEZ**.

Said service was effected at **102 LAKELAND DR, PALOS PARK, IL 60464**

**DESCRIPTION:** Gender: **F**　Race: **WHITE**　Age: **43**　Hgt: **5'9"**　Wgt: **205**　Hair: **RED**　Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

*[signature]*

Robert Harenberg, Lic #: 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 25th day of February, 2008

*[signature]*

OFFICIAL SEAL
ROBERT D FAIRBANKS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/05/10

NOTARY PUBLIC

CLIENT NAME:
Amatore & Associates, P.C.
FILE #:

ORIGINAL PROOF OF SERVICE

TRACKING #
36565