UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JACINTO BARRERA<br><br>PLAINTIFF(S)<br><br>vs.<br><br>LAREDO FOODS, INC., ET AL.<br><br>DEFENDANT(S) | COURT DATE:<br><br>Case No.<br>**08 C 171**<br><br><br>AFFIDAVIT OF SERVICE:<br>**SUMMONS & COMPLAINT** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Feb 23, 2008**, at **2:24 PM**, I served the above described documents upon **ART JIMINEZ** as shown below:

**ABODE SERVICE** was made by leaving copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein: **MARY B JIMINEZ / WIFE**.

Said service was effected at **102 LAKELAND DR, PALOS PARK, IL 60464**

**DESCRIPTION:**  Gender: **F**  Race: **WHITE**  Age: **43**  Hgt: **5'9"**  Wgt: **205**  Hair: **RED**  Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

*[signature]*

Robert Harenberg, Lic #: 117-001119
**Judicial Attorney Services, Inc.**
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 25th day of February, 2008

*[signature]*

OFFICIAL SEAL
ROBERT D FAIRBANKS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/06/10

NOTARY PUBLIC

CLIENT NAME:
Amatore & Associates, P.C.
FILE #:

ORIGINAL PROOF OF SERVICE

TRACKING #
36564