

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 171 | **DATE** | 5/8/2008 |
| **CASE TITLE** | Barrera vs. Laredo Foods, Inc., et al. | | |

**DOCKET ENTRY TEXT**

Enter Agreed Order of Dismissal.  Case dismissed without prejudice with leave to reinstate by 9/30/2008.
Status hearing of 5/22/2008 stricken.  Civil Case Terminated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|