

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JACINTO BARRERA, on behalf of himself and all other employees similarly situated, known and unknown, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | No.   08 CV 171 |
| | ) | |
| LAREDO FOODS, INC. d/b/a Laredo Spices and Herbs, an Illinois corporation, ART JIMINEZ, individually, and, MARY B. JIMINEZ, individually. | ) | Hon. Joan Humphrey Lefkow |
| | ) | |
| Defendants. | ) | |

### AGREED ORDER OF DISMISSAL

The parties hereby agree that this case has been settled and that all issues and controversies have been resolved to their mutual satisfaction. The parties request the Court to retain jurisdiction to enforce the terms of their settlement agreement under the authority of *Kokkonen v. Guardian Life Insurance Company of America*, 511 U.S. 375, 381-82 (1994). **IT IS HEREBY ORDERED:**

    1.    The parties shall comply with the signed settlement agreement dated April 21, 2008. The parties expressly waive their rights under Federal Rule of Civil Procedure 65(d) to the extent Rule 65(d) requires this order to be specific in terms or to describe in reasonable detail and without reference to the settlement agreement, the act or acts to be restrained.

    2.    By consent of the parties, the Court shall retain jurisdiction for the purpose of enforcing the terms of the settlement agreement.

    3.    This case is dismissed without prejudice with leave to reinstate on or before September 30, 2008, for the purpose of enforcing the settlement. This Agreed Order of Dismissal is entered without prejudice in order to allow the Court to enforce the settlement agreement. The parties are barred from relitigating any claims raised in this litigation or any claims released by means of the settlement agreement.

    4.    In the event a motion to reinstate or motion to enforce settlement is not filed on or before September 30, 2008, the Court shall relinquish jurisdiction and the case shall be deemed dismissed with

prejudice without further order of the Court. The parties' settlement agreement addresses and disposes of all issues relating to attorneys' fees and costs.

ENTER:

Date: May 8, 2008

Hon. Joan Humphrey Lefkow
United States District Judge